United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 9, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-20683
Summary Calendar

_____

HAYWOOD MACK ROSS,

                                        Plaintiff-Appellant,

versus

HOUSTON COMMUNITY COLLEGE SYSTEM; BRUCE H.
LESLIE, Chancellor; HERMAN LITT; JAMES R. MURPHY; JAY K.
AIYER; BRUCE AUSTIN; ABEL DAVITA; MICHAEL P.
WILLIAMS; YOLANDA N. FLORES; DIANE O. GUZMAN;
CHRISTOPHER W. OLIVER; ANY AND ALL CURRENT
TRUSTEE(S) NOT INDICATED; JAMES DAVID CROSS, Houston
Community College System EEO//Employee Relations Director;
NORMA PEREZ, Houston Community College System Southeast
College Health Sciences Programs Dean; LYNNE Y. DAVIS, Houston
Community College System Radiology Chair; NICHELLE RAGIN,
Houston Community College System Student,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas, Houston
USDC No. 4:05-CV-2347

_____

Before REAVLEY, BARKSDALE  and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment is affirmed. The magistrate judge explained to Mr. Ross that a student has no claim under Title VII and informed him that he would have to file a complaint stating facts justifying a claim under a federal statute. The magistrate judge again explained that a claim under the American Disabilities Act would have to state what a defendant did to him that would be a violation of the statute. Then Mr. Ross was given a final chance to explain his complaint or have his lawsuit dismissed. He failed to do this and his case was properly dismissed. His filing with this court fails to state a federal claim also. His help is not in a federal court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.